## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

IN RE: Allied Systems Holdings Inc. et al.
_____

| | |
|---|---|
| Yucaipa American Alliance Fund I LP et al., : | |
| Appellants, : | |
| v. : | C. A. No. 13-533 |
| BDCM Opportunity Fund II LP et al., : | Bankruptcy Case No. 12-11564 |
| : | BAP No. 13-29 |
| Appellees. : | |

### ORDER

At Wilmington this **10th** day of **April, 2013**.

Pursuant to this Court's Standing Order dated September 11, 2012, regarding procedures to govern mediation of all appeals from the Bankruptcy Court pursuant to 28 U.S.C. § 158;

IT IS ORDERED that a teleconference has been scheduled for **May 16, 2013 at 10:30 a.m. Eastern Time** with Magistrate Judge Thynge related to the screening process for mediation. **Counsel for appellants shall initiate the teleconference call to 302-573-6173.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE