# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

IN RE: Allied Systems Holdings Inc., *et al.*

---

| | |
|---|---|
| Yucaipa American Alliance Fund I LP, *et al.*, | ) |
| | ) Civil Action No. 13-533 |
| Appellants, | ) |
| | ) |
| v. | ) Bankruptcy Case No. 12-11564 |
| | ) AP No. 13-29 |
| BDCM Opportunity Fund II LP, *et al.*, | ) |
| | ) |
| Appellees. | ) |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the firm of Sidley Austin LLP hereby enters its appearance as counsel to the Official Committee of Unsecured Creditors in the above-captioned matter.

Date: April 16, 2013
Wilmington, DE

**S**ULLIVAN **· H**AZELTINE **· A**LLINSON LLC

*/s/ William A. Hazeltine*
William A. Hazeltine (No. 3294)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

and

**SIDLEY AUSTIN LLP**
Michael G. Burke, Esq.
Nicholas K. Lagemann, Esq.
Cameron Moxley, Esq.
Dennis Kao, Esq.
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
Fax: (212) 839-5599

*Attorneys for the Official Committee of Unsecured Creditors*