IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>ALLIED SYSTEMS HOLDINGS, INC.,<br>et al.,<br><br>      Debtors.<br>_____<br><br>YUCAIPA AMERICAN ALLIANCE<br>FUND I LP, et al.,<br><br>      Appellants,<br><br>v.<br><br>BDCM OPPORTUNITY FUND II LP,<br>et al.,<br><br>      Appellees. | ) Chapter 11<br>) Bk. No. 12-11564 (CSS)<br>) (Jointly Administered)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 13-533-SLR<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 26th day of April, 2013, having received a recommendation from Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

    1. Appellants' brief in support of the appeal is due on or before **May 29, 2013.**

    2. Appellees' brief in opposition to the appeal is due on or before **July 1, 2013.**

2

3. Appellants' reply brief is due on or before **July 16, 2013.**

                                                                            _____
                                                                            United States District Judge