IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ALLIED SYSTEMS HOLDINGS, INC., ) | Bk. No. 12-11564 (CSS) |
| et al., ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| YUCAIPA AMERICAN ALLIANCE ) | |
| FUND I LP, et al., ) | |
| ) | |
| Appellants, ) | |
| ) | |
| v. ) | Civ. No. 13-533-SLR |
| ) | |
| BDCM OPPORTUNITY FUND II LP, ) | |
| et al., ) | |
| ) | |
| Appellees. ) | |

# ORDER

At Wilmington this 26th day of April, 2013, having received a recommendation from Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellants' brief in support of the appeal is due on or before **May 29, 2013**.

2. Appellees' brief in opposition to the appeal is due on or before **July 1, 2013**.

2

3. Appellants' reply brief is due on or before **July 16, 2013.**

                                              /s/ *[signature]*
                                              United States District Judge